IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| ARTHUR L. STANLEY, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 09-223-DRH |
| RICHARD A. POSNER, ILANA D. ROVNER, ANNE C. WILLIAMS, individually and/or in their official capacity as Circuit Judges of the United States Court of Appeals for the Seventh Circuit and/or their Clerks, and/or THE UNITED STATES OF AMERICA, generally, and JUDGE J. PHIL GILBERT, D. G. WILKERSON, P. M. FRAZIER, Individually and/or in their official capacity as Judges of the U. S. District Court for Illinois' Southern District, and their Clerks, | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court on Defendant's motion to proceed *in forma pauperis.*

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated April 22, 2009, judgment is entered in favor of defendants **POSNER, ROVNER, WILLIAMS, GILBERT, WILKERSON and FRAZIER, as well as their clerks,** and against plaintiff, **ARTHUR L. STANLEY,** and this case is **DISMISSED with prejudice.** ----------------------------------------------------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**

BY: /s/*Sandy Pannier*
**Deputy Clerk**

Dated: April 23, 2009

APPROVED: /s/ *David R Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT